RECEIVED
SDNY PRO SE OFFICE
2026 SEP 23 PM 2:43

**MEMO ENDORSED**

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

Shondell-Gregory Crocker, (American Student & Citizen)
Plaintiff,
v.
New Wave People Inc, (Bad Company)
Defendant.
Civil Action No.: 1:25 – CV - 06508

**MOTION FOR INQUIRY INTO ATTORNEY REPRESENTATION AND FOR DEFAULT JUDGMENT**

Plaintiff, Shondell-Gregory Crocker, respectfully moves this Court for an order:

Directing Defendant and Defendant's counsel "Marc Freedman" to provide immediate proof of proper attorney registration, licensing, and authority to represent the Defendant in this matter before this Court;

Confirming whether "Marc Freedman" is duly admitted to practice law in the Southern District of New York and is a bona fide counsel of record under applicable federal rules (see Local Rule 1.3(a));

If the Court finds Defendant is not properly represented by counsel or has not responded as required by federal law and the Federal Rules of Civil Procedure, entering default judgment against Defendant for failure to appear or respond as required.

In support, Plaintiff states:

Plaintiff requested the attorney's ID and proof of admission/authority, but the representative refused by silence then Bethany Friedman provided a number via email which I deem improper, causing confusion and possible violation of federal court rules regarding representation and appearance.

The Defendant has failed to provide sufficient proof that its representative is a duly admitted attorney authorized to appear in this court for the Defendant.

Under federal court rules, only a properly admitted attorney can represent a corporate defendant in this Court and make filings/motions on their behalf.

Defendant's failure or refusal to comply with is grounded for default under Fed. R. Civ. P. 55 and SDNY Local Rules.

**WHEREFORE,** Plaintiff respectfully asks the Court to:

Direct Defendant to immediately demonstrate attorney's SDNY admission status, registration number,

and authority on record;

If Defendant cannot do so, enter default judgment in Plaintiff's favor and award relief as requested in the complaint;

Grant any other relief as the Court deems just and proper.

Date: September. 23, 2026

Signature:

MR. PRO SE'
LAW OFFICES

Mr. Pro Se' Law Offices
Mr. Shondell-Gregory Crocker
2 Federal Sq # 75
Newark, NJ 07101

In light of defense counsel's submission at docket entry 30, Plaintiff's application is DENIED. Further, although the Court makes no findings here, Plaintiff is warned to not file frivolous requests in this case.

The Clerk of Court is directed to terminate the pending motion at docket entry 29.

Dated: September 30, 2026
New York, New York

SO ORDERED.

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE